IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LINDA L. SIMS**                                                                                          **PLAINTIFF**

v.                              **CASE NO. 4:10-CV-00195 BSM**

**DAVE FLETCHER and DOYLE BATEY,**
**Individually AND in their Official Capacities**
**as Employees, Arkansas Department of**
**Veteran Affairs**                                                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice, and the relief sought is denied.

Dated this 6th day of September 2011.


                                                            _____
                                                            UNITED STATES DISTRICT JUDGE